NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID MCCLEARN, ) | No. C 07-3499 JF (PR) |
| ) | |
| Petitioner, ) | ORDER OF DISMISSAL; |
| ) | GRANTING LEAVE TO |
| vs. ) | PROCEED IN FORMA |
| ) | PAUPERIS |
| ) | |
| MENDOCINO COUNTY SUPERIOR ) | |
| COURT, Warden, ) | |
| ) | (Docket Nos. 2 & 4) |
| Respondent. ) | |
| _____ ) | |

        Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas

corpus pursuant to 28 U.S.C. § 2254.  Petitioner has also filed a completed in forma

pauperis application.  The Court will GRANT Petitioner's motion to proceed in forma

pauperis (Docket Nos. 2 & 4) and DISMISS the petition without prejudice.

### STATEMENT

        Petitioner pled guilty in Mendocino County Superior Court to burglary, pursuant to

California Penal Code § 459.  On March 6, 2003, the trial court sentenced him to a term

of 12 years in state prison.  Petitioner appealed the conviction and sentence to the

California Court of Appeal, which denied the appeal.  Petitioner did not appeal the

conviction to the California Supreme Court, nor did he file any other post-conviction

1  petitions, motions or other challenges to this conviction or sentence in the state courts.

2                                    **DISCUSSION**

3  A.    Standard of Review

4          A district court may entertain a petition for writ of habeas corpus "in behalf of a

5  person in custody pursuant to the judgment of a State court only on the ground that he is

6  in custody in violation of the Constitution or laws or treaties of the United States."  28

7  U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

8          A district court shall "award the writ or issue an order directing the respondent to

9  show cause why the writ should not be granted, unless it appears from the application that

10  the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

11  B.    Exhaustion

12          In his petition, petitioner states that he appealed his conviction and sentence to the

13  California Court of Appeal, and the appeal was denied in 2006.  (See Pet. at 4.)  Petitioner

14  indicates in his petition that he did not appeal the conviction or sentence to the California

15  Supreme Court.  (See id. at 3.)  Petitioner further states that he filed no other "petitions,

16  applications or motions with respect to this conviction in any court, state or federal." (Id.

17  at 5.)

18          Prisoners in state custody who wish to challenge collaterally in federal habeas

19  proceedings either the fact or length of their confinement are first required to exhaust

20  state judicial remedies, either on direct appeal or through collateral proceedings, by

21  presenting the highest state court available with a fair opportunity to rule on the merits of

22  each and every claim they seek to raise in federal court.  See 28 U.S.C. § 2254(b)-(c).  If

23  available state remedies have not been exhausted as to all claims, the district court must

24  dismiss the petition.  Duckworth v. Serrano, 454 U.S. 1, 3-5 (1981).  It is clear from the

25  petition, that petitioner has never challenged his present incarceration, let alone presented

26  the claims raised herein, to the California Supreme Court.  Before he may challenge either

27  the fact or length of his confinement in a habeas petition in this Court, petitioner must

28  present to the California Supreme Court any claims he wishes to raise in this court.  See

1    Rose v. Lundy, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas

2    petition must be exhausted).

3                                              **CONCLUSION**

4          The instant petition is DISMISSED for failure to exhaust state court remedies.

5    This dismissal is without prejudice to petitioner's returning to federal court after

6    exhausting his state court remedies by presenting his claims to the California Supreme

7    Court.

8          The application to proceed in forma pauperis is GRANTED.

9          This order terminates Docket Nos. 2 & 4.

10         The Clerk shall close the file.

11         IT IS SO ORDERED.

12   DATED:  2/22/08

                                              _____
13                                            JEREMY FOGEL
                                              United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    A copy of this ruling was mailed to the following:

2

3    James D. McClearn
     C21697
     CA State Prison-Avenal
4    P.O. Box 9
     640-07L
5    Avenal, CA 93204

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28