NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES DAVID MCCLEARN, | ) | No. C 07-3499 JF (PR) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) ) | |
| MENDOCINO COUNTY SUPERIOR COURT, Warden, | ) ) ) | |
| Respondent. | ) ) | |

The Court has dismissed the instant habeas action without prejudice for failure to exhaust state court remedies. Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/22/08

JEREMY FOGEL
United States District Judge

A copy of this ruling was mailed to the following:

Order Granting Petitioner's Motion to Proceed in Forma Pauperis; Order to Show Cause
P:\pro-se\sj.jf\hc.07\Hopkins624ifposc     1

1
2   James D. McClearn
    C21697
3   CA State Prison-Avenal
    P.O. Box 9
4   640-07L
    Avenal, CA 93204
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28